People v Singleton (2023 NY Slip Op 00885)

People v Singleton

2023 NY Slip Op 00885

Decided on February 15, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 15, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
LINDA CHRISTOPHER
WILLIAM G. FORD
JANICE A. TAYLOR, JJ.

2021-03195
 (Ind. No. 375/11)

[*1]The People of the State of New York, respondent,
v
Aaron Singleton, appellant.

Steven N. Feinman, White Plains, NY, for appellant.
Miriam E. Rocah, District Attorney, White Plains, NY (John Carmody of counsel), for respondent (no brief filed).

DECISION & ORDER
Appeal by the defendant, by permission, from an order of the Supreme Court, Westchester County (Barry E. Warhit, J.), dated November 30, 2020, which denied, without a hearing, his motion, in effect, pursuant to CPL 440.10 to vacate a judgment of the same court (Richard A. Molea, J.) rendered February 9, 2012, convicting him of criminal possession of a weapon in the second degree, upon his plea of guilty, and imposing sentence, and pursuant to CPL 440.20 to set aside the sentence. Assigned counsel has submitted a brief in accordance with Anders v California (386 US 738), in which he moves for leave to withdraw as counsel for the appellant.
ORDERED that the order is affirmed.
We are satisfied with the sufficiency of the brief filed by the defendant's assigned counsel pursuant to Anders v California (386 US 738), and, upon an independent review of the record, we conclude that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is, therefore, granted (see id.; Matter of Giovanni S. [Jasmin A.], 89 AD3d 252; People v Paige, 54 AD2d 631; cf. People v Gonzalez, 47 NY2d 606).
DILLON, J.P., CHRISTOPHER, FORD and TAYLOR, JJ., concur.
ENTER:
Maria T. Fasulo
Clerk of the Court